E-GOVERNMENT ACT OF 2002

REDACTED COPY

SEALED

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED
2007 SEP -5 P 4: 52
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

███████████████████████
MAYANK "Mike" PATEL (2), and
SANTIAGO DE JESUS RIVAS APONTE (3),

    Defendants.

SA07CR540XR

I N D I C T M E N T

[Vio: 21 USC § 846 to violate §§ 841(a)(1) & (b)(1)(D): Conspiracy to Distribute a Controlled Substance]

THE GRAND JURY CHARGES:

**COUNT ONE**
[21 U.S.C. § 846 to violate §§ 841(a)(1) & 841(b)(1)(D)]

That beginning on or about January 1, 2006, the exact date unknown, and continuing until on or about March 27, 2007, in the Western District of Texas, and elsewhere within the jurisdiction of the Court, Defendants,

███████████████████████
**MAYANK "Mike" PATEL (2), and
SANTIAGO DE JESUS RIVAS APONTE (3),**

unlawfully, knowingly, and intentionally combined, conspired, confederated and agreed together and with others, to distribute a controlled substance, which offense involved mixtures and substances containing detectable amounts of anabolic steroids, Schedule III Controlled Substances, contrary to Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(D), and in violation of

Title 21, United States Code, Section 846.

A TRUE BILL,

FOREPERSON

JOHNNY SUTTON
United States Attorney

DAVID M. SHEARER
Assistant United States Attorney